# Third District Court of Appeal

## State of Florida

Opinion filed January 14, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2313
Lower Tribunal No. 22-1298-CP-02
_____

**Elizabeth Joy Dascal,**
Appellant,

vs.

**Jacqueline Dascal Chariff, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Bertila Soto, Judge.

Weiss Serota Helfman Cole & Bierman, P.L. and Edward George Guedes, and Laura Keats Wendell, for appellant.

Katz Baskies & Wolf PLLC, and James Raymond George (Boca Raton), for appellees.

Before LOGUE, LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 733.106(1), Fla. Stat. (2024) ("In all probate proceedings, costs may be awarded as in chancery actions."); <u>id.</u> at (3) ("Any attorney who has rendered services to an estate may be awarded reasonable compensation from the estate."); <u>Dayton v. Conger</u>, 448 So. 2d 609, 612 (Fla. 3d DCA 1984) ("The rule in chancery cases is that a court of equity may, as justice requires, order that costs follow the result of the suit, apportion the costs between the parties, or require all costs be paid by the prevailing party.").